UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **JEFFREY CORNELL JOHNSON** | : | Intent to Distribute Cocaine Hydrochloride |
| | : | and Cocaine Base) |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or before at least November, 2003, the exact date being unknown, and continuing thereafter up to and including September 2004, in the District of Columbia and the State of Maryland and the Commonwealth of Virginia, the defendants, **GARY ROSS, BILLY JOE SIMON, EDWARD GREGORY PAYNE, MADISON LORENZO SCOTT, JEFFREY CORNELL JOHNSON, and BERNARD MICHAEL JORDAN,** did knowingly and willfully combine, conspire, confederate with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute the following:

1. A mixture and substance containing cocaine base also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A)(iii), and

2. A mixture or substance containing cocaine hydrochloride, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Hydrochloride and Cocaine Base,** in violation of Title 21, United States Code, Section 846)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
T. ANTHONY QUINN
Assistant United States Attorney
Bar No. 415213
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4818
Washington, D.C. 20530
(202) 514-6807
Tony.Quinn2@usdoj.gov