AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
OCT 6 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Sealed

CASE NUMBER: 04-46? 05-365-TFH

I, _Jeffrey C. Johnson_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _October 6, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Jeffrey C. Johnson
Defendant

_____
Counsel for Defendant

Before _Thomas F. Hogan_
Judicial Officer