CO-526
(12/86)

**FILED**

OCT 6 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
                             )     Sealed
vs.                          )     Criminal No. 04-469 (TFH)
                             )
                             )     05-365-TFH
Jeffrey C. Johnson           )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge