UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-365 (TFH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY JOHNSON | : | UNDER SEAL |
| Defendant. | : | |
| | : | |

MOTION TO HAVE PRESENTENCE REPORT PREPARED

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to have a presentence report prepared in this case and to schedule the matter for sentencing. As grounds for this motion the parties state as follows:

The defendant was initially arrested in October 2004 and subsequently pled guilty. The Government's investigation has now concluded. Accordingly, the Government requests that the Court refer the matter to the United States Probation Office for the preparation of a presentence report and direct counsel for the partes to contact the representative of the clerk's office assigned to this Court to schedule a sentencing date that is mutually convenient for the Court and the parties.

Respectfully submitted,

JEFFREY A. TAYLOR, Bar No. 498-610
United States Attorney

_____
ARVIND K. LAL, Bar No. 389496
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 4217
Washington, DC 20530
(202) 353-8833

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Have a Presentence Report Prepared has been served on counsel for the defendant, James Beane, by fax, this 11th day of July, 2007.

_____
Arvind K. Lal

Case 1:05-cr-00365-TFH    Document 9    Filed 07/11/2007    Page 3 of 3