UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-365 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY JOHNSON** | : | <u>**UNDER SEAL**</u> |
| | : | |
| **Defendant.** | : | |

<u>ORDER</u>

Upon consideration of the motion to have a presentence report prepared, it is hereby

ORDERED that the United States Probation Office of the District of Columbia is hereby directed to prepare a presentence investigation report in the above captioned case. Counsel for the parties are directed to contact the representative of the clerk's office assigned to this Court to schedule a mutually convenient sentencing date in this matter.

SIGNED this _____ day of July, 2007.

_____
THOMAS F. HOGAN
United States District Judge

Copies to:
Arvind K. Lal
Assistant United States Attorney
555 Fourth Street, N.W, Rm. 4217
Washington, D.C. 20530

James Beane, Esquire
803 Florida Avenue, N.W.
Washington, D.C. 20001

Gennine A. Hagar, Chief
United States Probation Officer