UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No.: 04 cr 469 (TFH) |
| | : | |
| JEFFREY CORNELL JOHNSON | : | |
| | : | |
| Defendant | : | |

MOTION TO CONTINUE SENTENCING

Jeffrey C. Johnson, by and through undersigned counsel, moves this Honorable Court for an order continuing the Sentencing currently scheduled for October 5, 2007 to a date convenient to the Court. In support of this motion, counsel states the following:

1. Mr. Johnson is currently before the Court for Sentencing. Mr. Johnson has received his Presentence Investigation Report and has significant concerns. Counsel needs additional time to confer with Mr. Johnson and government counsel regarding Mr. Johnson's concerns.

2. Counsel has been in trial before the Honorable Judge Roberts since February 13, 2007 and expects that the trial will continue for an additional two (2) to three (3) weeks.

Accordingly, for the foregoing reasons counsel requests that this Court continue the subject Sentencing.

Respectfully submitted,

_____/s/_____
James W. Beane, Jr.

P.O. Box 77572
Washington, DC  20001
202-257-3920

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion, has been served upon Assistant United States Attorney, Arvind Kumar Lal, Esquire, via the Court's ECF system on this 5th day of September, 2007.

                                               Respectfully submitted,

                                            _____/s/_____
                                            James W. Beane, Jr.