UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No.: 04 cr 469 (TFH) |
| | : |
| JEFFREY CORNELL JOHNSON | : |
| | : |
| Defendant | : |

ORDER

This matter is before the Court on Defendant Johnson's Motion to continue the Sentencing in this matter. Upon consideration of any and all pleadings related to this matter, and objections thereto, it is this ___ day of October, 2007,

ORDERED that Mr. Johnson's motion is granted. It is

FURTHER ORDERED that a Sentencing in this matter in this matter shall be held on the _____ day of _____, 2007.

SO ORDERED

_____        _____
DATE                          THOMAS F. HOGAN
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

cc: Assistant United States Attorney      James W. Beane, Jr., Esquire
    Arvind Kumar Lal, Esquire             P.O. Box 77572
    555 Fourth Street, NW                 Washington, DC  20001
    Washington, DC 20530

Case 1:05-cr-00365-TFH    Document 11-2    Filed 10/01/2007    Page 2 of 2