UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     :

    v.      :   Criminal No.: 04 cr 469 (TFH)
           05-365

JEFFREY CORNELL JOHNSON  :   SEALED

           :

   Defendant     :

ORDER  **SEALED**

FILED

OCT - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter is before the Court on Defendant Johnson's Motion to continue the

Sentencing in this matter. Upon consideration of any and all pleadings related to this

matter, and objections thereto, it is this __1__ day of October, 2007,

  ORDERED that Mr. Johnson's motion is granted. It is

  FURTHER ORDERED that a Sentencing in this matter in this matter shall be held

on the __16th__ day of __November__, 2007.

  SO ORDERED

_October 2007_
DATE

_Thomas F. Hogan_
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

cc: Assistant United States Attorney   James W. Beane, Jr., Esquire
  Arvind Kumar Lal, Esquire     P.O. Box 77572
  555 Fourth Street, NW      Washington, DC 20001
  Washington, DC 20530