UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Cr. No. 05 - 365 (THH) |
| | : SEALED |
| | : |
| JEFFREY CORNELL JOHNSON | : |
| | : |
| Defendant | : |

MOTION TO WITHDRAW

COMES NOW Attorney James W. Beane, Jr. and respectfully request that this Court grant counsel's motion to withdraw from further representation of Mr. Johnson as counsel has moved to New Orleans, La. and will no longer be practicing in the Washington, D.C. Metropolitan area.

1. Undersigned counsel has accepted a position with the Louisiana Capital Assistance Center located in New Orleans, La. Consequently counsel is moving to Louisiana on October 17, 2007, and will no longer be available to represent Mr. Johnson.

2. Counsel believes it is in Mr. Johnson's best interest to have counsel appointed as soon as possible so that the newly appointed attorney will have sufficient time to become familiar with Mr. Johnson's case.

Accordingly, counsel requests that this motion be granted and that he be permitted to withdraw.

Respectfully submitted,

_____
James W. Beane, Jr.

P.O. Box 77572
Washington, DC  20001
202-257-3920

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing motion has been served upon all parties via first class mail on this 16th day of October 2007.

                                        Respectfully submitted,

                                        _____

                                        James W. Beane, Jr.