UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No. 05 - 365 (THH) |
| : | SEALED |
| JEFFREY CORNELL JOHNSON : | |
| : | |
| Defendant : | |

ORDER

This matter came before the Court on Attorney James W. Beane, Jr.,'s motion to withdraw as counsel for Mr. Johnson. Upon consideration of that motion and any and all opposition thereto, it is by the Court this ___ day of _____, 2007

ORDERED that counsel's motion is hereby granted. It is

SO ORDERED.

_____          _____
DATE                            THOMAS H. HOGAN
                                UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney        James W. Beane, Jr., Esquire
    Nancy Jackson, Esquire                  P.O. Box 77572
    555 Fourth Street, NW                   Washington, DC  20001
    Washington, DC 20530