UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-365 (TFH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY JOHNSON | : | <u>UNDER SEAL</u> |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S MOTION FOR DEPARTURE FROM**
**<u>GUIDELINE SENTENCE AND MANDATORY MINIMUM SENTENCE</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to find that the defendant, Jeffrey Johnson, is entitled to the benefits of a sentencing departure as provided by Title 18, United States Code, § 3553(e) and § 5K1.1 of the United States Sentencing Guidelines. These provisions authorize the Court, upon motion of the government, to impose a sentence below the minimum which would otherwise be required by statute and the sentencing guidelines. The United States submits this motion based on the substantial assistance which the defendant has rendered in the investigation and prosecution of other persons.

On October 6, 2005, the defendant pled guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride and Cocaine Base, also known as crack cocaine, pursuant to a cooperation plea agreement. Mr. Johnson was arrested in March 2005 after turning himself in and began cooperating with the Government. The defendant's cooperation included providing historical information regarding the charged narcotics conspiracy, including information about the other defendants charged in the indictment with whom he had dealt. The defendant was prepared to testify against his co-defendants, however, they have all pled guilty and have been sentenced.

Section 5K1.1 of the Sentencing Guidelines lists certain factors that are to be considered in determining the appropriate reduction to be made when the Government files motions such as this one. With respect to these factors, the Government submits that the defendant's assistance was both significant and useful. The Government does not have reason to believe that the information provided by the defendant was not truthful, complete or reliable. The nature and extent of the defendant's assistance is set forth in the previous paragraph. The defendant did not suffer any injuries during the course of his cooperation. The Government is unaware of any risk of injury to the defendant or his family as a result of his assistance. The information provided by the defendant was also timely.

WHEREFORE, the Government respectfully requests that the Court impose a sentence substantially below the applicable Sentencing Guideline range and below any applicable statutory mandatory minimum.

Respectfully submitted,

JEFFREY A. TAYLOR, Bar No. 498-610
United States Attorney

_____
ARVIND K. LAL, Bar Number 389489
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4217
Washington, DC 20530
(202) 353-8833
Arvind.Lal@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Departure Motion has been served on counsel for the defendant, James Beane, by fax, this 15th day of November, 2007.

_____
ARVIND K. LAL