UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                    )        Crim. No.  05-365-01 (TFH)
                                                    )
            versus                          )
                                                    )
Jeffrey Johnson,                        )
_____Defendant_____)

NOTICE OF ATTORNEY APPEARANCE

The clerk of the Court will please note the entry of my appearance *nunc pro tunc* to the 15th day of November, 2007, under the Criminal Justice Act, to assist defendant in her petition for relief under 28 U.S.C. §2255.

Respectfully submitted,

NATHAN I. SILVER, II/#944314
Attorney for Jeffrey Johnson
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 9th day of November 2007 upon Arvind Lal, Esq., asst. U.S. Attorney, Narcotics and Gang Prosecution Section, U.S. Attorney's Office for the District of Columbia, 555 4th St. NW,  Washington, D.C. 20530.

_____
*Nathan I. Silver*